# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132978

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                               SC: 132978
                                               COA: 273698

RONALD LEE MARTIN,
         Defendant-Appellant.
                                               Jackson CC: 98-087043-FH

_____/

      On order of the Court, the application for leave to appeal the November 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2007

d0425

_____
Clerk